**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DEIVIS JOSE SUAREZ MONTILLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CIMARRON CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-1109-J |

**ORDER**

Petitioner has filed a motion to enforce this Court's August 10, 2026 Order requiring Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). [Doc. No. 14]. Respondents shall respond no later than October 19, 2026.

IT IS SO ORDERED this 5th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE